In the Matter of LORETTA " Z "*, Appellant, v. CLINTON " A "*, Respondent.—

* Fictitious names.

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.